IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MIRTA RIVERA-RODRIGUEZ,

    **Plaintiff,**

        v.

L'OCCITANE INC., *et al.*,

    **Defendants.**

CIVIL NO. 23-1036(JAG)

## JUDGMENT

Pursuant to the Parties' Joint Notice of Voluntary Dismissal, Docket No. 62, Judgment is hereby entered DISMISSING WITH PREJUDICE Plaintiff's claims without the imposition of attorney's fees or costs. The case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico this Tuesday, December 12, 2023.

                                              s/ Jay A. Garcia-Gregory
                                              JAY A. GARCIA-GREGORY
                                              U.S. DISTRICT JUDGE